```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

JUL 18 2006   DB

        AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WASHINGTON MUTUAL BANK, FA<br>A Federal Savings Bank<br><br>                    Movant<br><br>v.<br><br>AMERICAN FINANCIAL NETWORK, INC.<br>A Florida corporation<br><br>                    Respondent<br><br>And<br><br>UNION BANK OF CALIFORNIA<br><br>                    Garnishee | Case No.<br><br>**MS06-114**<br><br><br>**PRAECIPE**<br><br><br>06-MC-00114-PRAE |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

You will please file and register the certified judgment entered by the United States District Court for the Southern District of Florida in the case styled as Washington Mutual Bank v. American Financial Network, Inc., Case No. 05-80553-CIV-Middlebrooks and issue a Writ of Garnishment in accordance with the Application for Writ of Garnishment filed contemporaneously herewith.

*/s/ Tait O. Norton*

Tait O. Norton
WSBA Number: 27769
Attorney for Movant
Washington Mutual Bank
8050 SW 10th Street
Building 4, Suite 1000
Plantation, Fl. 33324
(954) 475-2915
(954) 577-3168 (facsimile)

SEA 2056